# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA M. HANSON, et al.,<br>        Plaintiffs,<br><br>               v.<br><br>DÉCOR INTERIOR DESIGN,<br>INC., et al.,<br>        Defendants. | 2:23-cv-7213-DSF-SKx<br><br>Order to Show Cause re<br>Dismissal for Lack of Prosecution |

    On June 26, 2024, the Court denied Plaintiffs' motion for default judgment. While the Court recognized that default judgment would be appropriate against Décor Interior Design, Inc., the Court found that Plaintiffs had not established that the corporate veil should be pierced to extend liability to the individual defendant, Ronda Contrenia Jackson. The Court declined to enter partial judgment against Décor and gave Plaintiffs the opportunity to amend their complaint or dismiss Jackson.

    There has been no activity in the case since June 26. Plaintiffs are therefore ordered to show cause why the case should not be dismissed for lack of prosecution. Plaintiffs may respond to this order by (1) filing an amended complaint, (2) dismissing Jackson and filing a renewed motion for default judgment as to Décor, or (3) filing a request for additional time supported by a showing of good cause for such an

extension. Plaintiffs' response is due October 1, 2024. Failure to respond will result in dismissal of the action for lack of prosecution.

    IT IS SO ORDERED.

Date: September 20, 2024

*Dale S. Fischer*
Dale S. Fischer
United States District Judge