**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANA M. HANSON, et al.,<br>Plaintiffs,<br><br>v.<br><br>DÉCOR INTERIOR DESIGN, et al.,<br>Defendants. | 2:23-cv-07213-DSF-SKx<br><br>Order DISMISSING Studio D Contract Finishes LLC; Order to Show Cause re Dismissal for Lack of Prosecution re Décor Interior Design, Inc. |

On April 10, 2025, the Court issued an order to show cause why Defendant Studio D Contract Finishes should not be dismissed for lack of prosecution. Plaintiffs did not respond to that order. Therefore, Studio D Contract Finishes is DISMISSED from the case without prejudice.

Default was entered against Defendant Décor Interior Design, Inc. on December 1, 2023. Plaintiffs moved for default judgment against Décor, which was denied without prejudice by the Court on June 26, 2024. Plaintiffs have taken no apparent further action against Décor in the two years since. Therefore, Plaintiffs are ordered to show cause why Décor should not be dismissed for lack of prosecution. Plaintiffs are to file a regularly noticed default judgment

motion or otherwise respond to this order to show cause no later than October 5, 2026. Failure to do so will result in dismissal.

IT IS SO ORDERED.

Date: September 15, 2026

Dale S. Fischer
United States District Judge